Same case below, 407 Fed. Appx. 506.

**No. 10-1061. Raymond J. Ruble, aka R. J. Ruble, Petitioner v. United States.**

564 U.S. 1046, 131 S. Ct. 3060, 180 L. Ed. 2d 903, 2011 U.S. LEXIS 4923.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 407 Fed. Appx. 506.

**No. 10-1147. White & Case LLP, Petitioner v. United States.**

564 U.S. 1046, 131 S. Ct. 3061, 180 L. Ed. 2d 903, 2011 U.S. LEXIS 4976.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Alito and Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 627 F.3d 1143.

**No. 10-1173. Sergeants Benevolent Association Health and Welfare Fund, on Behalf of Themselves and All Others Similarly Situated, et al., Petitioners v. Eli Lilly and Company.**

564 U.S. 1046, 131 S. Ct. 3062, 180 L. Ed. 2d 903, 2011 U.S. LEXIS 4918.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Jus-

tice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 620 F.3d 121.

**No. 10-1176. Nossaman LLP, et al., Petitioners v. United States.**

564 U.S. 1046, 131 S. Ct. 3062, 180 L. Ed. 2d 903, 2011 U.S. LEXIS 4906.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Alito and Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 627 F.3d 1143.